# SUPREME COURT OF HAWAIʻI

Abadilla v. Iwata.................................. SCWC–29851  08/19/2013  Remanded